BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00282 LJO SKO |
| Plaintiff, | JOINT STIPULATION AND ORDER |
| v. | |
| JESUS ALVAREZ-MEREZ, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the government and Jesus Alvarez-Merez, and Eric Fogderude, his attorney, and Jesus Torres-Mendoza, and Richard Beshwate, his attorney that status conference in the above-captioned matter now scheduled for May 5, 2014, be vacated as to these defendants and the matter scheduled for change of plea before the Honorable Lawrence J. O'Neill on May 12, 2014, at 8:30 a.m.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendants in a speedy trial.

///

///

///

1

IT IS SO STIPULATED.

DATED: April 24, 2014
/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: April 24, 2014
/s/ Eric Fogderude
ERIC FOGDERUDE
Attorney for Jesus Alvarez-Merez

DATED: April 24, 2014
/s/ Richard Beshwate
RICHARD BESHWATE
Attorney for Jesus Torres-Mendoza

ORDER

IT IS SO ORDERED.

Dated:  **April 25, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE